IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


ANGLA ORR                                                      Plaintiff

v.                              3:05CV00127 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                       Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

    IT IS SO ORDERED

    DATED this 12th day of September, 2006.


                                               /s John F. Forster, Jr.
                                        UNITED STATES MAGISTRATE JUDGE